IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KATHLEEN WYSS ,

    Plaintiff,

v.

BANK OF AMERICA, N.A.,

    Defendant.

ORDER

Case No. 14-cv-742-bbc

In this civil action brought under the Fair Credit Report Act, 15 U.S.C. § 1681 and Wisconsin's privacy statute, plaintiff Kathleen Wyss has requested leave to proceed without prepaying the filing fee. However, plaintiff's motion and declaration on this matter lack necessary information. Plaintiff states that her "annual family income before taxes is $0.00" and that she is receives public assistance benefits. However, plaintiff does not include information about how she pays for basic living expenses such as clothing and shelter or whether she receives any other forms of financial support. Without this information, I am unable to conclude that plaintiff qualifies for indigent status. Therefore, I will provide plaintiff with the opportunity to supplement her motion for leave to proceed without prepaying the filing fee by completing the enclosed affidavit of indigency. In completing the affidavit, plaintiff should take care to show how she pays for her basic necessities and make sure the affidavit includes her actual gross monthly income from all sources for the last twelve months, as well as any property or other assets she or her spouse owns.

ORDER

IT IS ORDERED that plaintiff Kathleen Wyss may have until December 4, 2014, in which to supplement her request for indigent status by completing the enclosed petition and affidavit and returning it to the court. Plaintiff should take particular care to show where she receives the means to pay for her basic necessities and her actual income from all sources for the last twelve months. If plaintiff fails to provide this requested financial information by December 4, 2014 or show cause for her failure to do so, then the court will deny her request for leave to proceed without prepayment of the filing fee for failure to show that she is indigent.

Entered this 14th day of November, 2014.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge